RECEIVED
SDNY PRO SE OFFICE
2022 NOV 15  AM 10: 28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY TAYLOR

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

NEW YORK STATE DEPT OF CORRECTION EMPLOYEES

COMMISSIONER MOLINA AND NYCDOC EMPLOYEES
ET AL

COMPLAINT
(Prisoner)

Do you want a jury trial?
X Yes    ☐ No

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Roy _____ TAYLOR
First Name          Middle Initial          Last Name

_____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

22B2111
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

AUBURN CORRECTIONAL FACILITY
Current Place of Detention

P.O. BOX 618
Institutional Address

AUBURN, NEW YORK, 13024
County, City          State          Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

WASA ☑ Pretrial detainee WHEN VIOLATIONS OCCURRED
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: NYCDOC COMM MOLINA,

| First Name | Last Name | Shield # |
|---|---|---|

COMMISSIONER NYCDOC

Current Job Title (or other identifying information)

7~~5~~-~~20~~ ASTORIA BLVD EAST ELMHURST, NY 11370 <u>COMMISSIONER</u>

Current Work Address

SAME AS ABOVE 7~~5~~-~~20~~ ASTORIA BLVD EAST ELMHURST, NY11370

| County, City   QUEENS | State NY | Zip Code |
|---|---|---|

Defendant 2: JOHN DOE4 AUBURN MEDICAL ADM & HEALTH CARE PROVIDER JANE DOE 4

| First Name | Last Name | Shield # |
|---|---|---|

AMKC MED ADM & HEALTHCARE PROVIDER JOHN DOE 2

Current Job Title (or other identifying information)

PO BOX 618 AUBURN, NY 13024

Current Work Address

CAYUGA                NY                13024

| County, City | State | Zip Code |
|---|---|---|

Defendant 3: AMKC RIKERS CO WHYTE, CO CARTER, AMKC JOHN DOE 1, AMKC MED ADM JOHN DOE 2, JANE DOE 1 & JANE DOE2 CASHIER                          CO OFFICER

| First Name | Last Name | Shield # |
|---|---|---|

SEE ABOVE DESCRIPTION

Current Job Title (or other identifying information)

1818 HAZEN STREET EAST ELMHURST, NY 11370

Current Work Address

QUEENS                NY                11370

| County, City | State | Zip Code |
|---|---|---|

Defendant 4: WEST FACILITY FOOT DR GOLDBERG  16-06 HAZEN ST E. ELMHURST BELLVUE HAND DR JANE DOE 5 462 1st AVENUE NY NY                11370 10016

| First Name | Last Name | Shield # |
|---|---|---|

SEE ABOVE

Current Job Title (or other identifying information)

SAME AS ABOVE

Current Work Address

SAME AS ABOVE

| County, City | State | Zip Code |
|---|---|---|

## V.     STATEMENT OF CLAIM

Place(s) of occurrence:     Rikers Island & Auburn corc Facility

Date(s) of occurrence:     { See Statement of Facts }

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

SEE ATTACH
STATEMENT OF FACTS

## STATEMENT OF FACTS
### CLAIM ONE

1. APPROX 12-15-21 PLAINTIFF ROY TAYLOR WAS DETAINED AT RIKERS AMKC BLDG QUAD 12 UPPER WHEN AT 10:00 PM AT NIGHT RIKERS GUARDS WOKE ME UP FROM SLEEPING IN MY BED WHEN THEY JOHN DOE GARDS ORDERED ME TO A SEARCH. I, PLAINTIFF SLEEPS HARD AND WAS INCOHERENT AND WAS PHYSICALLY MANHANDDED ME BY SNATCHING ME OUT OF BED AND WHEN I WOKE UP I REFUSED ANY BODY SEARCH AND REQUESTED TO BE TAKEN TO INTAKE TO DO A BODY SCAN WHICH IS POLICY WHEN AN DETAINEE REFUSES A SEARCH.

A JOHN DOE 1 OFFICER RESORTED TO MACING ME WITH CHEMICAL AGENT WITHOUT REASONABLE JUSTIFICATION THEN FORCED ME TO WALK TO THE BRIDGE WHERE HE FORCED ME TO REMAIN THERE FOR approx 30 NIMUTES WHERE SAID MACE BURNED MY FACE & I WAS SPRAYED 1 INCH FROM MY FACE SQUARE IN THE EYE & FACE WHICH IS AGAINST POLICY AND ALSO MADE TO STAND ON BRIDGE 30 MINUTES WHEN POLICY DICTATES I BE ALLOWED TO BE PLACED BY A FAN & DECANTAMINATATE WITHIN 15 MINUTES OF BEING SPRAYED WHICH THEYVIOLATED POLICY HERE., WHICH VIOLATED MY CONSTITUTIONAL RIGHTS HERE. I WAS TREATED AT AMKC INFIRMARY & TREATING STAFF CLAIM THERE WAS NOTHING THEY COULD DO FOR SAID MACING & TRIED TO DOWNPLAY THE INCIDENT & SENT ME BACK TO MY HOUSING UNIT. I SUFFERRED MACE INHALLATION, BURNING OF THE EYES, FACE AND UPPER TORSOE AND NECK AS A RESULT OF THIS CHEMICAL AGENT CONTACT AND BURNING OF THROAT WHERE I GURGATATED & VOMMITTED AS A RESULT OF THIS MACE USED ON ME, A 60 YEAR OLD WHO JUST RECOVERED FROM COVET. PLAINTIFF REQUEST A COURT ORDER TO RESERVE THE FOOT-AGE OF OUTSIDE MY CELL & ON BRIDGE & BEING TRANSPORTED TO INTAKE DURING INCIDENT

### CLAIM TWO

2. DURINING PLAINTIFF TAYLOR'S DETAINMENT AT RIKERS BETWEEN 1 2019 TO 2021 I COMPLAINT TO MEDICAL ABOUT NAIL FUNGUS WHICH WAS GETTING WORSE AND REQUESTED "LAMICIL" BUT FOOT DR GOLDBERG REFUSE ME THIS MEDICATION. WHEN IASKED DOES THE MEDICAL DEPT HAVE THIS MEDICATION ON THE LIST OF MEDICATIONS TO HAVE? DEFENDANT GOLDBERG BECAME BELLIGERENT & ARGUMENTIVE STATING "I'M NOT GETTING INTO THE MATTER ON THIS". LATER UPON FILING A SECOND OPPINION ON THIS MATTER & REVIEWING MY MEDICAL RECORD I LEARNED GOLDBERG HAD WROTE IN MY RECORD THAT I CLAIM TO HAVE SAID LAMICIL DID NOT WORK FOR ME WHEN THIS WAS A LIE. I REQUESTED THIS MEDICATION WHICH BY THIS DEFENDANT GOLDBERG "FALSIFIED DOCUMENTS" & PERJURED HIMSELF WHICH PERTAINS TO MY MEDICAL REOORD WHICH HE'S BEING ACCUSED OF AND CLEAR DELAYED MEDICAL CARE CONSTITUTING"DELIBERATE INDIFFERENCE" BY HIS ACTIONS WHICH VIOLATES MY RIGHTS., TO ADEQUATE MEDICAL CARE. MY NAILS HAVE SINCE BECAME WORSE.

## PLAINTIFF CONTRACTING COVID 19 CORONA VIRUS

### CLAIM THREE

3. PLAINTIFF TAYLOR WAS DETAINED FROM 6-28-2018 TIL 12-13-2021 AT RIKERS WHEN HE REPORTED TO SICK CALL AT AMKC RIKERS OF FLU LIKE SYMPTOMS AND HAVING A HIGH TEMPERATURE TO THE MEDICAL STAFF BY PHONE CALL THERE. THIS WAS ALSO REPORTED TO RIKERS A OFFICERS ON ON ALL SHIFTS SHEPARD & OTHERS WHO WERE THE CO ON AND I WAS TOLD "THERE WERE NO ESCORT OFFICERS THUS I COULDN'T GO TO THE CLINIC". THE MEDICAL ESCORT DOT OFFICER WHYTE & CARTER EVERY DAY PICKS OF INMATES IN MY HOUSING UNIT AND EACH TIME I COMPLAINED ESPECIALLY ON 12-13-21 TO ESCORT ME TO THE INFIRMARY SINCE THEY WERE ESCORTING INMATES TO DOT WHICH IS THE SAME LOCAT-ION THESE GUARDS REFUSE. I THEN FORCED MY WAY OUT AND ESCORTED MYSELF TO THE INFIRMARY AND CARTER TRIED TO MAKE IT DIFFICULT FOR ME TO ENTER THE CLINIC. I EVENTUALLY APPROACHED A TREATING STAFF AND ASKED THIS INDIAN STAFF TO PLEASE TAKE MY TEMPERATURE AND HE REFUSED AND LEFT HIS NURSE TRIAD STATION & AN ALARM WAS CALLED WHERE DEPUTY WARDEN HAMILTON ARRIVED WITH SEVERAL GUARDS AND I COMPLAINED TO HIM MY PROBLEM & HAMILTON STATED FOR ME TO SIT IN A CELL & ADVISED I WOULD BE TREATED. I THEN WENT INSIDE CELL AND SAT THERE FOR 4 HOURS APPROX AND WAS REFUSED TO BE SEEN BY MEDICAL STAFF AND CO JOHNSON ARRIVED AND INFORMED ME MEDICAL STAFF REFUSED TO TREATE ME. I WAS THEN ESCORTED BACK TO MEY **UNIT** & WAS **REFUSED MEDICAL** CARE. THE NEXT DAY AFTER SUFFERING THESE SAME SYMPTOM & FEELING **WEAK** I FORCED MY WAY AGAIN TO THE INFIRMARY AND THIS TIME WAS SEEN AND IT WAS DISCOVERED I HAD CONTRACTED COVID 19 CORONO VIRUS WHICH THEY PLACED MY HOUSING UNIT ON ASSAMTIC & TRANSFERRED ME TO GRVC TO A UNIT WITH OTHER COVET INMATES WHERE ALTHOUGH THEY WERE REQUIRED TO TEST US EVERY DAY THEY WASN'T DOING IT. AND THEY WERE STEADY PLACING INMATES IN THIS UNIT AND NOT MOVING INMATES AFTER THEIR QURANTEEN TIME WAS UP, PILING OTHER NEW INMATES WITH IT MAKING IT A "HOT BED" FOR COVET 19 CORRONA VIRUS DETAINEES. **THIS IN IT'S SELF** GAVE A POTENTIAL CHANCE FOR COVET TO BE CAUGHT A SECOND TIME WHICH HERE VIOLATED MY CONSTITUTIO-NAL RIGHTS BY THIS .

### PLAINTIFF DENIED THE RIGHT TO SELF BAIL OUT OF JAIL

### CLAIM FOUR

4. PLAINTIFF TAYLOR FURTHER WAS A VICTIM OF BEING DENIED HIS RIGHT TO SELF BAIL OUT OF RIKERS DURING APPROX MARCH/2021 THRU & JAN/2021. PLAINTIFF AT TIME HAD MADE PROVISIONS TO HAVE  MONEY HE JUST WON FROM A LAW SUIT WHICH CAME IN THE MAIL DIRECTLY GOING INTO HIS ACCOUNT AT RIKERS AND SUBMITTED REQUEST TO THE AMKC CASHIER & G.O. JANE & JOHN DOE WITHDRAWAL FORMS DISPERSEMENT FORMS IN THE AMOUNT OF $17,500 WHICH WAS 10% OF THE TOTAL $175,500 FOR THE CASHIER TO FORWARD TO THE SUPREME COURT NEW YORK COUNTY WHICH UNDER THE NEW BAIL REFORM WHICH JUST PAST NOW ALLOWED DETAINEES TO PAY THE 10% TO BAIL OUT FROM RIKERS.

5, ALTHOUGH THE BAIL REFORM CAME OUT WITH THIS NEW POLICY RIKERS NEVER ONCE MAD ATTEMPTS TO IMPLIMENT A DOC POLICY WHERE THE DETAINEE CAN MAIL THEIR FUNDS DIRECTLY TO THE COURTS. THEIR PRIOR POLICY ONLY ALLOWED A DETAINEE TO MAIL & PAY THE ENTIRE AMOUNT WHICH IN MY CASE $175,500 IN ORDER TO SELF BAIL OUT OF JAIL. "HERE, PLAINTIFF ARGUES THERE'S A POLICY WHERE I OR ANY DETAINEE CAN SEND MONEY TO ANY PERSON HE DESIRES, BUT CANNOT SENT MONEY TO THE COURT GOES AGAINST THEIR POLICY WHICH VIOLATES DUE PROCESS AND THE SELF BAILING OUT OF JAIL. , BY DOC CORRECTIONAL POLICY & DIRECTIVE. BY THIS DOC THIS CREATED A POLICY WHICH ULTIMATELY VIOLATES MY, AND ALL OOHER DETAINEES RIGHT TO SELF BAIL OUT OF JAIL ON A PERCENTAGE OF THE TOTAL AMOUNT WHICH HERE IS CLEARL PREJUDICE IN EBERY SINCE OF THE WORLD. THUS THIS VIOLATES MY CONSTITUTIONAL RIGHTS TO SELF BAIL HERE!" (EMPHASIS ADDED)

## CLAIM FIVE
### DELAYED INADEQUATE TREATMENT ON LEFT HAND BY BELVUE

6. PLAINTIFF WHILE DETAINED AT RIKERS IN APPROX 1/2019 I CONSTANTLY COMPLAINED OVER MY LEFT HAND PAIN AND DISCOMFORT WHERE IT THROBBED CONSTANTLY AND A GROWTH OF A CYST OR LUMPS SURFACED IN THE PA   OF MY LEFT HAND. IT TOOK TIL 2021 FOR DEFENDANTS HAND DOCTER JANE DOE AT THIS TIME TO DECIDE TO PROVIDE TREATMENT. BEFORE THIS RIKERS ISLAND MEDICAL ADMINISTRATOR & HEAD DOCTORS THERER NAMED AT THIS TIME JOHN DOE 2 & 3 ALL SIMPLY ISSUED OUT PAIN MEDS WHICH WAS PUTTING A BANDADE ON THE PROBLEM AND  AT FIRST REFUSE TO REFER ME TO MEDICAL.

DEFENDANTS AT MEDICAL AT BELLVUE HOSPITAL LATER TOOK EXRAYS AND AN MRI & MISDIAGNOSED MY INJURY & PROBLEM AND ONLY GAVE ME AN INJECTION WHICH DID NOTHIN -G TO CURE THE PROBLEM. PLAINTIFF EXPLAINED HE WAS INJURED DURING AN ASSAULT BY GANG MEMBERS WHERE WHILE AT GRVC HE WENT TO WEST FACILITY URGENT CARE & WAS GIVEN A SPLINT WHICH I WORE BUT THE DAMAGE TO PLAINTIF 4TH FINGER ON LEFTHAND GOT BENT AND BECAME CROOKET AND THE AFTER AFFECTS AND TISSUE ENTERNALLY DEVE- LOPED SAID CYST/LUMP AND WHEN I EXPLAINED THIS TO BELLVUE MEDICAL HAND DRS BUT THEY IGNORED AND DISREGARDED MY CHIEF COMPLAINT AS TO WHAT OCCURRED.

7. PLAINTIFF IS NOW AT UPSTATE AUBURN BUT DEFENDANTS HERE DELAYED TREATMENT SO MUCH THAT NOW MY HAND HAS GOTTEN WORSE WHICH WAS "INADEQUATE MEDICAL CARE BY SUCH "DELAYED CARE" HERE WHICH VIOLATED MY RIGHTS TO ADEQUATE PROMPT CARE WHICH THEY ARE LIABLE FOR. ALSO WHEN PLAINTIFF TAYLOR ARRIVED AT UPSTATE AUBURN CORRECTIONAL FACILITY HE CONSTANTLY COMPLAINED ABOUT "NAIL FUNGUS" REQUESTING LAMICIL, ALSO INJURY TO HIS RIGHT HEAL AND THIS WAS IN MAY/2022 APPROX & IN JUNE JULY AUG SEPT & OCT AND AUBURN MEDICAL ADM & EVEN ALBANY GOV HOCUL HAS FAILED TO TREAT THESE HEALTH CARE PROBLEMS. AUBURN MEDICAL ONLY ADVISED MY HEALTHCARE PROVIDED HAS TO SEE ME WHICH I STILL HAVEN'T BEEN SEEN ALTHOUGH IT'S NOW 5 MONTHS AND COUNTING WHICH VIOLATES MY RIGHT TO PROMPT CARE MAKING THEM LIABLE! (SEE EX "A" MEDICAL RECORDS & GRIEVANCE   )

## CLAIM SIX

8, PLAINTIF WHILE AT RIKERS OBCC AND AFTER A JULY/2019 SUPPRESSION HEARING
WHERE MY FAMILY MAILED UP TWO SETS OF TRIAL CLOSE & OUTFITS WHICH INCLUDES
A BLACK PAIR OF SIZE 13 OSTRICTH (100%) LOFERS AND A MAROON/BROWNISH PAIR
OF ALLIGATOR SHOES & A BLACK SUIT & MAROON DESIGNER DRESS SHIRT WITH MAROON
PANTS., UPON TRANSFERRING FROM OBCC RIKERS TO AMKC RIKERS A CO JOHN DOE 6
ALONG WITH A CAPTAIN AMIN TOOK MY CLOTHING ABOVE AND CLAIMING I WAS NOT ALLOW
TO HAVE THESE ITEMS. UPON BEING TRANSFERRED TO NIC RIKERS AND WAS ABOUT TO
START TRIAL IN MAY/APRIL/2022 I REQUESTED MY TRIAL CLOTHES AND UPON OPENING
MY PROPERTY IT WAS THEN I LEARNED ALL ITEMS BUT THE BLACK SUIT WERE MISSING.

I FILED A GRIEVANCE WHICH CO KELLY MADE ATTEMPTS TO LOOK INTO THE MATTER
WHICH SHE DID AND YET SHE FAILED TO SHOW DUE DILLIGENCE BY GOING TO THE LOCAT-
ION I TOLD HER TO GO WHICH I LAST SEEN ITEMS PLACE IN AMKC CAPTAINS OFFICE
IN MAIN INTAKE NEAR THE INMATE FEED UP PANTRY AREA WHICH I SEEN THE GUARD GO
TO WITH MY PROPERTY. MY PROPERTY WERE NEVER AGAIN SEEN.

9, I FILED GRIEVANCE AND NOTICE OF CLAIM ON THIS WITH NO LUCK.

NOTICE OF CLAIM WERE ALSO FILED ON ALL CLAIMS ONE , TWO, THREE, FOUR AND
FIVE WITH NO LUCK BY JAIL OFFICIALS OR CKAIMS ADJUSTERS; SHARON JOACHUM,
ALSO ADJUSTERS: PEREZ, CASTALDO AND BORKOWSKA WHICH ALL SHOWED NO REQOURSE
**FOR ANY OF MY CLAIMS WHICH MAKES THEM LIABLE FOR NEGLIGENCE IN DOING PROPER
INVESTIGATION IN TO ALL MATTERS IN ALL CLAIMS 1-6. NYC COMPTROLLERS HAVE
ULTIMATELY CREATED A POLICY OF WHEN AN DETAINEE FILE MORE THAN 2 CLAIMS IN
A YEAR THEY DON'T SETTLE OR TRY TO RESOLVE CLAIMS WHICH IS WRONG!" (EMPHASIS
ADDED)** THUS BY DEFENDANTS ACTION NOT SETTLING THEY BECAME LIABLE FOR MY LOSS
IN THES CLAIMS. (SEE EXHIBIT "A GRIEVANCES AND COPY OF CLAIM NOTICES ATTACHED)

AUBURN'S POLICIES OF DENIAL
OF LAW LIBRARY ACCESS ¦ LIMITATIONS

AUBURN Program Deputy WARDEN /OR Superintendant LOWE
AND LAW LIB OFFICERS AND THEIR Policy makers HAVE
Created Policies THAT Denies Adequate LAW LIB Time
To complete my WORK AND To meet LEGAL DeadLines By
THE WAYS THAT Follows:

1. INMATES WHO ARE Scheduled FOR 1:00pm REC ARENT
Permitted To Go To LAW LIB.

2. INMATES Scheduled For 7:30pm REC AREN'T permitted
To Go To THE LAW LIB TiL 8:30pm

3. INMATES WHo Recieves LEGAL DeadLines For 60days
AUBURN Policy Only permits A 30 DAY Period WHich
Is Designed A 2 week (14 Days) Period OF SPECIAL ACCESS tHen You HAVE
To resuBmit AND Extension OF Time WHich Is IN
CONFLICT WITH my 60 DAY DeadLine To Do Research
AND complete TypPing Briefs ¦ Responses.

4. AUBURN LAW LIB Doesn'T HAVE Ample Typewriters ¦
computers To Accomondate ALL INMATES IN THE JAiL
THere's ONLY "4" AFFORDED TO All INMATES.

Cont'D

6.

4. Due To Covid Auburn Limited Only A Certain Amount Of Inmate Access To "10" At A Time And Now Since Covid Pasted They Still Have Limited To This Capacity And Have Not Returned It Back To "20" Or "16" Inmates At One Time.

5. At Auburn, Inmates Are Subject To Go Through One Entrance Where Guards Purposely Delay Inmates Entering By "Tapping" On The Door Where Inmates Go Through Metal Detector, Where Inmates Are Stopped And Asked Where Their Going Whether To Gym Or Law Lib Or Gen Library And If Inmate Has A Problem Clearing Metal Detector Due to Having A Fasener Or Clip Thats Attached To Envelope, The Guard Holds Others Up From Going To Their Destination Where Time Have Elapsed, Instead Of Allowing 1 Guard to Put Inmate To The Side ; Let Other Inmates Proceed to Their Destination. Guards Do This To "Kill" Law Lib Time On purpose

6. Lastly I've Submitted Legal Dead Lines To File City ; State Claims Which 1 yr ; 90 Days Where I'm Subject to File Lawsuit Thereafter 'Requesting Special Access ; was Denied !

CAUSE OF ACTION

10. PLAINTIFF AVERS DEFENDANTS IN CLAIM 1 RICKER ISLAND GUARDS JOHN DOE 1 AT AMKC 12 UPPER VIOLATED MY CONSTITUTIONAL RIGHTS BY USING "UNREASONABLE EXCESSIVE FORCE SPRAYING ME WITH CHEMICAL AGENT 10:00 PM AT NIGHT WHILE I WAS SLEEP IN BED IN MY CELL, ALSO SNATCHING ME OUT OF BED AND THE ACTION TAKEN BY HIM WHICH MAKES HIM LIABLE BY ALL OTHER IMPEDIMENTS DESCRIBED.

11. IN CLAIM 2 DEFENDANTS FOOT DR GOLDBERG IS ALSO LIABLE ALONG WITH JOHN DOE 2 AMKC MEDICAL ADMINISTRATOR FOR WHAT WAS DESCRIBED IN SAID CLAIM WHICH ALSO VIOLATED MY RIGHTS & FALSIFYING REPORTS AS DESCRIBED. AND INADEQUATE TREATMENT FOR NAIL FUNGUS WHICH WAS GOTTEN WORSE & THE DELAYED CARE BY THEM MAKES THEM LIABLE. And AuBurn's Denial OF LAW Library Access DesciBed HereIN.

12. IN CLAIM 3 DEFENDANTS THE MEDICAL STAFF ON THAT REFUSE TO TEST ME OR EVEN TAKE MY TEMPERATURE THE FIRST TIME AS DESCRIBED BEING JOHN DOE 3 THE INDIAN STAFF ALSO COS WHITE & CARTER, ALSO DEPUTY WARDEN HAMILTON ARE ALSO LIABLE BY THEIR ACTIONS DESCRIBED IN CLAIM 3 BY THEIR NEGLIGENCE & DELIBERATE INDIFFERENCE AS DESCRIBED IN THIS CLAIM THUS THEY ARE LIABLE FOR DELAYED CARE.

13. IN CLAIM 4 DEFENDANTS CASHIER JANE DOE1& THE GO JANE DOE 2 OF AMKC ARE ALSO LIABLE FOR WHAT WAS DECROBED IN CLAIM 4 DENYING MY RIGHT TO MAIL MY MONEY TO THE SUPREME COURT TO BAIL OUT , SELF BAIL OUT AND THE DOC POLICY WHICH PREVENTED THIS WHICH NYCDOC COMMISSIONER MOLINA IS LIABLE FOR SAID POLICY & DIRECTIVE, THEY HE & THESE DEFENDANTS ARE LIABLE! I CAUGHT COVID!

14. IN CKAIM FOUR , AS DESCRIBED BELLVUE HAND DOCTOR/SPECIALIST DOING THE HAND TREATMENT & NOT LISTENING TO MY CHIEF COMPLAINTS, MISDIAGNOSED & INJECTIONS WERE INADEQUATE. ALSO JOHN DOE MED ADMINISTRATOR OF AMKC AGAIN JOHN DOE2 IS LIABLE HERE FOR THEIR ACTIONS & NON ACTIONS DESCRIBED IN THE COMPLAINT. DEFENDANTS IN CLAIM 6 ARE ALSO LIABLE FOR LOSS OF PROPERTY DESCRIBED!

RELIEF:

PLAINTIFF BASED ON THE ABOVE DEFENDANTS ACTIONS WARRANT THE FOLLOWING RELIEF:

1. ORDER THAT DEFENDANTS BE DEEMED LIABLE AND HOLD A TRIAL BY JURY,

2. AND THAT DUE TO THESE VIOLATIONS OF VIOLATING DUE PROCESS  14TH AMEND, AND 8TH AMENDMENT AND THE PAIN & SUFFERING DEFENDANTS ABOVE BE ORDERED TO PAY COMPENSATORY COMPENSATION, AND NOMINAL DAMAGE IN THE TOTAL AMOUNT OF $200,000 AND FOR SUCH FURTHER RELIEF AS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

*Roy Taylor*

ROY TAYLOR, PLAINTIFF PROSE 22B0111 B-4-6
PO BOX 618
AUBURN, NY 13024

# Exhibit "A"

SHARON JOACHUM, SUPERVISOR
NYC COMPTROLLER OFFICE
ONE CENTRE STREET
NY 10007
re: roy taylor v. city of new york comptroller

11-20-19

"MS SHARON JOACHOM ;

I PREVIOUSLY SPOKE TO YOU BY PHONE ABOUT ALL CLAIMS FILED WITH THE NYC COMPTROLLER. ENCLOSED ARE EACH CLAIM I HAVE OF RECORD AND ALL CLAIM NUMBERS & ALL RECORDS PERTAINING TO SAID CLAIMS. THIS WAS PREVIOUSLY SENT TO YOUR SUBORDINATE CASTALDO & PEREZ, AND BORKOWSKA IN WHICH I RECIEVED NO RESPONSE FROM THEM WHICH IMPLIES EVASIVENESS. I'VE NOW FORWARDED THIS AGAIN TO YOU. BECAUSE YOUR OFFICE ON CLAIM SHEET FAIL TO MENTION WHICH CLAIM IS WHICH I HAVE SIMPLY FORWARDED ALL CLAIMS TO YOU, ALONG WITH ALL EXHIBITS OF RECORD IN EACH CASE I ORIGINALLY SENT PREVIOUSLY.

PLEASE REVIEW AND SETUP A 50H HEARING TO SETTLE THIS CASE, IF YOU WILL AND IF NOT A FEDERAL USC SECTION 1983 WHICH HAS BEEN FILED ON ALL CLAIMS WILL PROCEED. HOWVER IF YOU GIVE ME A REASONABLE OFFER FOR ALL CLAIMS I WILL TAKE OR CONSIDER AN OFFER TO SETTLE ALL CLAIMS IN THIS ACTION BUT YOU NEED TO ACT SOON. I WILL ALSO DROP THE LAWSUIT WHICH IS PENDING IN EASTERN DISTRICT COURT CURRENTLY, SO PLEASE GET BACK TO ME SOON.

RESPECTFULLY,

*Roy Taylor*

ROY TAYLOR, BLAIMANT B7C 3491804923 QDUP11
AMKC 1818 HAZEN STREET
EAST ELMHURST, N.Y. 11370

### AFFIDAVIT OF SERVICE

CLAIMANT ROY TAYLOR HAVE BY U.S. 1ST CLASS MAILED THE FOREGOING CLAIMS ALONG WITH EXHIBITS "A TO J" AND SUPPORTING DOCUMENTS AND CLAIM SHEETS TO THE COMPTROLLER SUPERVISOR SHARON JOACHOM ON 11-20-2019.

*Roy Taylor*

ROY TAYLOR

SWORN TO BEFORE ME THIS 21ST DAY OF NOVEMBER 2019

*Michael Veal*

NOTARY PUBLIC

MICHAEL C. VEAL
Notary Public, State of New York
No. 01VE6029177
Qualified in Queens County
Commission Expires April 19, 20 23

EC-00389
12-16-202

<u>FACTUAL ALLEGATIONS</u>

On 12-15-2021 WHILE AT AMKC BUILDING QUAD 12 UPPER 9 CELL CLAIMANT Roy TAYLOR, A 60 YEAR OLD DETAINEE WAS IN HIS CELL ASLEEP AT APPROXIMATELY 10:00AM WHEN ESU GUARDS ARRIVED ORDERING ENTERED MY CELL BY "HARASSMENT" MACED ME UNPROVOKED FOR NO REASON, I WAS HANDCUFFED AND SUBJECT TO WAIT 2 HOURS ON UNIT BRIDGE BUBBLE THEN LATER ESCORTED TO INTAKE WHERE I WAS SUBJECT TO WAIT 3 Hr BEFORE BEING SEEN BY MEDICAL WHICH ALTHOUGH I COMPLAINED OF ESU ENTERING MY CELL SPRAYING ME IN THE RIGHT EYE ¿ EAR DIRECTLY FROM 2 INCHES IN MY FACE WHICH WAS AGAINST POLICY AND PLACING CUFFS "SO TIGHT" I LOSE CIRCULATION IN MY HANDS WHICH MEDICAL CHINESE PHYSICIAN FAILED TO PROVIDE ADEQUATE TREATMENT NOR NOTE EVERYTHING I COMPLAIN ABOUT ON MY "CHIEF COMPLAINT", ALTHOUGH MY EYES WERE

EXTREMELY RED AND BLURRY, I COMPLAINED OF REGURGITATING AND FEELING BURNING SENSATION IN NOSE, FACE, EYES AND EARS NO TREATMENT WAS GIVEN FOR THIS. THIS USE OF FORCE WAS "UNREASONABLE" AND EXCESSIVE BASED ON THE CIRCUMSTANCES.

THE INCIDENT WAS ON CAMERA HAND HELD WHICH NEEDS TO BE RESERVED WHICH I'S ASKED TO SHOW WHAT OCCURRED.

BASED ON THE ABOVE ESU GUARDS VIOLATED MY CONSTITUTIONAL RIGHTS WHICH MAKES THEM LIABLE" <u>I DEMAND $20,000</u>

UNLESS A REASONABLE SETTLEMENT IS OFFERED IN 90 DAYS A SUIT IN FEDERAL COURT WILL FOLLOW!" [EMPHASIS ADDED]

Respectfully Submitted,

Roy Taylor, CLAIMANT
AMKC 1818 HAZEN STREET E EMHURST N.Y. 11370

**Affidavit of Service**

State of New York)

County of _Queens_

I, _____Roy Taylor_____, being duly sworn deposes and says:

       That I am the Claimant in the above mention action and that I have on this _17th_ day of ____Dec____ 20_21_, served by certified mail return receipt requested, a true copy of the within Notice of Intention to file claim against the City of New York, upon the Comptroller of the City of New York, upon the comptroller of the city of New York at the below address:

Office of the Comptroller
Of the City of New York
1 Centre Street, rm 1225
New York, NY 10007

Respectfully submitted,

_Roy Taylor_
Claimant

Sworn to before me this _17th_ day of _December_ 20_21_

_____
Notary Public

MARK DUKE
Notary Public - State of New York
No. 01DU6343741
Qualified in Kings County
My Comm. Expires June 20, 2024

(SEE ATTACHED FACTUAL ALLEGATIONS)

_____

_____

_____

_____

4.  The items of damage and/or injuries are as follows:

MENTAL ANGUISH AND ANXIETY NOT ALTORED TO ~~~~~~~~

Sleep HARASSment Excessive Force UnreasonAble
Use of Force PersonAl InJury, Burning OF
Eye Nose Throat, EAR, Swelling OF HAnd
Poor circulation Chemical Agent exposure.

_____

_____

The total sum claimed is $    20,000

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing in default of the City of
New York to pay the claimant his claim within the time limited for compliance with this
demand by the City of New York by the applicable statutes, claimant intends to
commence an action against the City of New York to recover his damages with interest
and costs.

Date:   East Elmhurst, NY
        ~~~~~ Dec 6, 20 21

                                        Roy Taylor
                                        _____
                                        Claimant(s)

www.comptroller.nyc.gov



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

**Brad Lander**
**COMPTROLLER**

015 - 151

*MACE Issue  At Night*
*In cell*

Date:       2/16/2022
Claim Number:  2022PI004262
RE:       Acknowledgment of Claim
Your Claim/Policy#:

ROY TAYLOR 3491804923
18-18 HAZEN ST
EAST ELMHURST NY 11370

Dear Claimant:

   We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

   We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

   If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

   If you need to communicate in a language other than English, please let us know, and we will make translation services available to you.

Sincerely,

Bureau of Law & Adjustment



www.comptroller.nyc.

**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

*Place interest*
*On*
*Court*

**Scott M. Stringer**
**COMPTROLLER**

015 - 151

Date:     12/2/2021
Claim Number:  2021PI034452
RE:     Acknowledgment of Claim
Your Claim/Policy#:

ROY TAYLOR 3491804923
18-18 HAZEN ST
EAST ELMHURST NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

If you need to communicate in a language other than English, please let us know, and we will make translation services available to you.

Sincerely,

Bureau of Law & Adjustment



www.comptroller.nyc.gov

**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

**Scott M. Stringer**
**COMPTROLLER**

015 - 151

Date:        3/8/2021
Claim Number:  2021PI006170
RE:        Acknowledgment of Claim
Your Claim/Policy#:

ROY TAYLOR 3491804923
18-18 HAZEN ST
E ELMHURST NY 11370

Dear Claimant:

   We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

   We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

Sincerely,

Bureau of Law & Adjustment



www.comptroller.nyc.gov

**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

---

**Brad Lander**
**COMPTROLLER**

015 - 151

Date:        1/4/2022
Claim Number:  2022PI000175
RE:      Acknowledgment of Claim
Your Claim/Policy#:

ROY TAYLOR 3491804923
18-18 HAZEN ST
EAST ELMHURST NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

If you need to communicate in a language other than English, please let us know, and we will make translation services available to you.

Sincerely,

Bureau of Law & Adjustment

**NOTICE OF CLAIM**

_Roy Taylor_                    Claimant

-Against-

CITY OF NEW YORK,

                              Defendant.

-----------------------------------------------------------------

**TO COMPROLLER OF THE CITY OF NEW YORK:**

**PLEASE TAKE NOTICE** that the claimant herein hereby makes and claims and demand against the City of New York as follow:

1. The name and address or P.O. Box of the claimant is as follow:

_Roy Taylor Din 22B2111_

2. The nature of the claim is as follow: _Claim on Approx 7-29-19 I had Trial clothes & 2 pair of footwear (maroon/brow gators and black ostrich shoes) Had Been mailed to Rikers Island & maroon linen shirt_

3. The time when, the place where, and the manner in which the claim arose:
_After requesting copy of receipts and actually going to trial 5-10-22 my trial date. Going through my property bag I learned the maroon linen shirt and Both dress shoes were missing._

4. The terms of damages or injuries claimed are:
_Based on this I conclude Doc were negligance in losing my property above and I request compensation of $500._

The claim and demand is hereby presented for adjustment and payments.    _$500_

**PLEASE TAKE FURHTER NOTICE,** that by reason of the foregoing, in default of the City of New York to pay the claimant his claim within the time period for compliance with this demand by the City of New York, by the applicable statutes, claimant intends to commence an action against the City of New York, to recover his damages, with interest and cost.

Dated: _6-28-2022_

_Minor across._

                    Respectfully,

                    _Roy Taylor_
                    Claimant

# VERIFICATION

STATE OF NEW YORK)
            ) ss
COUNTY OF _NEW YORK_ )

_Roy TAYLOR, CLAIMANT_, being duly sworn, deposes and says:

I am the claimant above named. I have read the foregoing Notice of Claim against the City of New York, and know it contents: the same is true to my own knowledge, except as to those matters I believe them to be true.

_Roy Toylor_
Claimant

Sworn to before me this

_7st_ day of _June_, 20_22_

NOTARY PUBLIC

Lawrence P Tolbert
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01T06406897
Qualified in Chemung County
Commission Expires 04/20/2024

**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**Scott M. Stringer**
COMPTROLLER

015 - 196

Date:     05/18/2021
Claim no: 2020PI000474
Claimant: ROY TAYLOR 3491804923

ROY TAYLOR 3491804923
18-18 HAZEN ST
BRONX, NY 11370 -

Dear ROY TAYLOR 3491804923:

This office is in receipt of your inquiry regarding your claim.  In order to assist us in evaluating the
claim, please provide the following:

____ Copies of hospital and doctor records indicating a diagnosis

____ Photos of the defect and area where you allegedly fell

____ Copies of bills and proof of payment to medical providers

____ Copies of your pay stubs & proof of lost wages from your employer

____ Your social security number    __ __ __ - __ __ - __ __ __ __

____ Your date of birth         __ __ / __ __ / __ __ __ __

____ Other: _____

If you have any questions, please contact me at  (212) 669-2232
Please be advised that if we are unable to reach a settlement you must begin a lawsuit
within one year and ninety days of the occurrence in order to preserve your rights under the law.

Sincerely,

_____
KRYSTYNA BORKOWSKA.
- -    CLAIM SPECIALIST    - -

**ATTACHMENT -B-1**

| | CITY OF NEW YORK - DEPARTMENT OF CORRECTION | |
|---|---|---|
| | **OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**<br>**INMATE STATEMENT FORM** | Form.: 7101R-A<br>Eff.:9/14/18<br>Ref.: Dir. 3376R-A |

| Inmate's Name: RROY TAYLOR | Book & Case #: 3491804923 | NYSID #: |
|---|---|---|

| Facility: AMKC | Housing Area: QUADUPPER11 | Date of Incident: 5-12-22 | Date Submitted: 5-12-22 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** GRIEVANT RECIEVED TWO PAIR OF SHOES MAILED FROM HOME WHICH WERE: SIZE 13 1PAIR OF BLACK OSTRICH & MAROON/BROWN ALLIGATOR 1PAIR (TOTAL 2PAIRS OF SHOES) WHICH NOW DOC CAN'T FIND THEM. OBCC WAS WHERE THEY WER TAKEN WHICH NO ONE INVESTIGATED THIS WHICH I NEED TO BE COMPENSATED FOR THIS.

A MAROON LINEN SHIRT IS ALSO MISSING

**Action Requested by Inmate:** INVESTIGATE BY CONTACTING AND HAVE SOMEONE GO PERSONALLY TO OBCC MAIN INTAKE CAPTAIN'S OFFICE NEAR PANTRY AND SEE IF THESE SHOES AND THE LINEN MAROON SHIRT IS THERE WHICH IS ALSO MISSING

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?     Yes ☐     No ☒

Do you need the OCGS staff to write the grievance for you?     Yes ☐     No ☒

Have you filed this grievance with a court or other agency?     Yes ☐     No ☒

Did you require the assistance of an interpreter?     Yes ☐     No ☒

| Inmate's Signature: *Roy Taylor* | Date of Signature: 5-12-22 |
|---|---|

**FOR DOC OFFICE USE ONLY**

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

15. OTHER     14. INMATE GRIEVANCE          26. OTHER

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: ROY TAYLOR | Book & Case #: 3491804923 | NYSID #: |
|---|---|---|

| Facility: AMKC | Housing Area: QDUP12-27 | Date of Incident: 5-19-22 | Date Submitted: 5-19-22 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** GRIEVANT HAD TWO PAIRS OF DRESS SHOES(BLACKPR & BROWN PAIR) FOR
TRIAL CLOTHES & A MAROON LENEN DRESS SHIRT & DRESS PANTS TAKEN AT OBCC
MAIN INTAKE BY A CAPTAIN WHO TOOK SAID ITEMS TO CAPTAIN'S OFFICE NEAR
OBCC PANTRY AREA CAPTAIN'S OFFICE (A CAPTAIN AMIN IT'S BELIEVED HIS NAME
IS) I NEED TO OR THEY NEED TO FIND & LOCATE THESE ITEMS BEFORE I GO UP

**Action Requested by Inmate:** INVESTIGATE CAPTAIN AMIN IN CAPTAIN'S OFFICE NEAR MAIN
OBCC PANTRY & REVIEW RECIEPT WHO PROCESSED PROPERTY &
RETURN THIS TO ME OR COMPENSATE

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☒ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☒ |
| Have you filed this grievance with a court or other agency? | ☐ | ☒ |
| Did you require the assistance of an interpreter? | ☐ | ☒ |

| Inmate's Signature: | Date of Signature: 5-19-22 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

## DISPOSITION FORM

| Grievance Reference # 542766 | Date Filed: 04/25/22 | Facility: **NIC** |
|---|---|---|

| Inmate Name: Taylor Roy | Book and Case#: 3491804923 | Category: NIC *Other* |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant complains NIC are dorms which needs to have lockers where detainee can store their property, especially when we go to court or leave for out unit activities to avoid theft as it stands inmates don't have enough bucket and containers to secure, they property which needs to be corrected.

Action Requested by Inmate:

Correct situation by installing lockers ASAP

### STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance    ☒ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS staff would like to inform grievant that your requested action is beyond the purview of the IGRC. However, this complaint will be forwarded to the Warden for review.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
**(Failure to sign forms will forgo your right to appeal the proposed resolution.)**

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: |
|---|---|
| CW. Kelly #82002 | 4/26/22 |

**ATTACHMENT -B-1**



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A



| Inmate's Name: ROY TAYLOR | Book & Case #: 3491904923 | NYSID #: 045291370 |
|---|---|---|

| Facility: NIC | Housing Area: 4B 5NORTH | Date of Incident: 3-9-22 | Date Submitted: 4/25/22 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**  GRIEVANT COMPLAINS NIC ARE DORMS WHICH NEEDS TO HAVE LOCKERS WHERE DETAINEES CAN STORE THEIR PROPERTY, ESPECIALLY WHEN WE GO TO COURT OR LEAVE FOR OUT UNIT ACTIVITIES TO AVOID THEFT AS IT STANDS INMATES DONT HAVE ENOUGH BUCKET & CONTAINERS TO SECURE THEY PROPERTY WHICH NEEDS TO BE CORRECTED.

**Action Requested by Inmate:**  CORRECT SITUATION BY INSTALLING LOCKERS ASAP

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: *Roy Taylor* | Date of Signature: 3-9-22 4/25/22 |
|---|---|

**FOR DOC OFFICE USE ONLY**

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # 542464 | Category: No other |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: W.K. Kelly #8662 | |

Form 111RB 2/04     Property Receipt/City of New York   Department of Correction

**Property Receipt**

TAYLOR, ROY
71 EAST 95TH ST, A7
BKLYN     NY    11212
27-JUN-61 P. N M 6'2"   179   BRO   BAL
NY   NCIT M    00
NONE PROVIDED,

3491804923    04528137Q    30-JUN-18

00000000

A № 1745356   **year**

- ☐ NYSID # _____
- ☒ Book and Case # 3491804923
- ☐ Sentence # _____

CONTROL/CUFFLOCK# _____

**WHERE WAS PROPERTY TAKEN:**
☒ Admission    ☐ Housing Area - Specify: _____    ☐ Other - Specify: _____
Was this property taken on a search: ☐ Yes / ☐ No

| I. Personal Items | | II. Clothing | | | III. Jewelry | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Articles | No. | Articles | Color | No. | Article | Description | | |
| | | | | | | | Y | W | CS |
| | Radio | | Coat/Jacket | | | | | | |
| | Personal papers | 01 | Pants | BLK | | Tooth Cap | | | |
| | Pocketbook | 01 | Belts | BLK | | Neck Chain | | | |
| | Gloves | | Shoes/Sneaker | | | Earring | | | |
| | Glasses | 01 | Shirt/Blouse | BLU | | Charm | | | |
| | Wig | | Skirt | | | Bracelet | | | |
| | Wallet | | Boots | | | Watch | | | |
| | Keys | 01 | Hat | BLK | | Ring | | | |

| Identification: ☐ Yes ☒ No | | Same Name? | | **Please Note: Description Color: Y-Yellow Metal W-White Metal CS-Color of Stone** | IV. Miscellaneous | |
|---|---|---|---|---|---|---|
| | On Person | Y | N | | No. | Article |
| U.S. Passport | | | | | | |
| Green Card | | | | | | |
| Driver's License | | | | | | |
| Other Government-issued photo ID | | | | | | |
| Birth Certificate | | | | | | |
| Social Security Card | | | | **INSTRUCTIONS** 1. If you receive more than one (1) item on a line, (e.g., coat/jacket) circle appropriate item then enter the number. | | |
| Other: | | | | | ☐ NO PROPERTY | |

**The above item(s) has been received from you because:**
☒ It is not on the list of items which are permitted in this facility
☐ The quantity is in excess of that allowed in this facility.
☐ It may create a health, safety or security hazard, and therefore, you are not permitted to have it in your possession.
☐ You have submitted the item to us voluntarily for safekeeping.
☐ Other _____ TRIAL ITEMS _____

Signature of person taking property     Shield ID # 8352     Print Name Wharton

Signature of Inmate     Date 6/30/18     Time

**SEE APPEAL AND DISPOSAL PROVISIONS ON OTHER SIDE.**

Distribution:
**White** - Inmate Copy    **Yellow** - Duplicate (TO BE SECURED WITH PROPERTY)
**Green** - Inmate Legal Folder    **Blue** - Discharge Planning Center (UPON CITY SENTENCING)

If you believe the item(s) listed on the reverse side of this form have not been taken in accordance with the NYC Department of Correction's policies and procedures, you may file an appeal through the Inmate Grievance Resolution Program using an Inmate Grievance Form. Inmate Grievance Forms are available from Grievance Representatives and/or the Housing Area officer.

## CLAIMING YOUR PROPERTY

You must claim your property and/or funds within 30 days of your discharge from the NYC Department of Correction (NYCDOC).

1.   **If you were housed** in a facility on Rikers Island and you were not able to pick up your property and/or funds at the time of your discharge, you may return to Rikers Island at a later time providing you do so within 30 days of your discharge from NYCDOC. You do not need an appointment to pick up your valuable property (unless you were discharged from EMTC). To pick up bulk property and/or funds on Rikers Island you must first schedule an appointment for pick up by calling 311. Appointments are scheduled for three days after your call. If you are no longer in NYC, call 212-639-9675 to schedule the appointment for pick up. **If there is an emergency situation and you cannot wait for the appointment given to you by 311 please inform 311 that you require an accommodation.**

**You will not return to the facility where you were housed.** You will pick up your bulk property and/or funds from the Rikers Island Central Cashiers Office (CCO) and/or your valuable property from the Samuel Perry Control Building Valuable Property Pick up Area (SAM), both located on Rikers Island. The CCO is located inside the Central Visit House on Rikers Island and is open 24 hours a day, 7 days a week. You must pick up your property and/or funds within 3 days of your appointment or you will have to make another appointment. You will pick up your valuable property from the Samuel Perry Control Building Valuable Property Pick up Area (SAM). The SAM is located inside of the Samuel Perry Control Building and is also open 24 hours a day, 7 days a week. You must bring picture identification (ID) with you to claim your property and/or funds. You may also select someone to pick up your property and funds. To do so, they must present a written authorization (letter) with your notarized signature specifically permitting them to claim your items and they must have a picture ID of themselves.

2.   **If you were housed** in a borough facility: Vernon C. Bain Center (VCBC), Manhattan Detention Complex (MDC) or Brooklyn Detention Complex (BKDC) **you must claim your property and/or funds from that borough facility** within 30 days of your discharge from NYCDOC. **You are to contact the borough facility for their hours of operation (VCBC 718-579-8317, 8311; MDC 212-225-7413 or BKDC 718-797-8316)** and go to that borough facility for your property and/or funds. **You are not to go to the CCO on Rikers Island for your property or call 311 for an appointment if you were housed in a borough jail.** You must bring a picture ID with you to claim your property and/or funds. You may also designate someone to pick up your property and/or funds. To do so they must present a written authorization (letter) with your notarized signature specifically permitting someone to claim your property and/or funds and they must have a picture ID of themselves.

3.   **If you were transferred** to another jurisdiction or agency: i.e. New York State Department of Correctional Services (state prison); Department of Homeland Security (formerly known as INS), Federal Bureau of Prisons or extradited to another state or country you must claim your property and/or funds within 30 days of your discharge from NYCDOC. If you are unable to pick up your property and/or funds yourself, you may select someone to pick them up for you. They will require a notarized letter from you authorizing them to pick up your property and a picture ID of themselves.

4.   **If you are a relative or a domestic partner or a designee** of someone who passed away while in the custody of the NYCDOC you must claim the deceased's property and/or funds within 30 days of their death. You are to contact the Surrogate Court - Public Administrator, of the borough where the deceased last resided to obtain a Letter of Administration. A Letter of Administration will authorize you to pick up the deceased inmate's property and/or funds. After obtaining the Letter of Administration you must call 311 to schedule an appointment to pick up the property and/or funds if the inmate was housed on Rikers Island. If the inmate was housed in a borough facility you are to contact that facility.

If the deceased did not reside in the City of New York, a Letter of Administration is to be obtained from the Public Administrator in the county of his/her residence. After obtaining the Letter of Administration you will follow the steps outlined above.

5.   **If you are in NYCDOC custody and you would like an authorized individual to pick up your property while you are still incarcerated** you may obtain and complete a Property Release Form which authorizes someone of your choice to pick up your property. The form can be requested from your Housing Area officer or the Inmate Grievance Resolution Program or the Social Services area. Once completed the form is to be submitted to one of the above areas for submission. You will be notified by the facility when approval has been granted for the property to be released. At that time, if you are housed in a Rikers Island facility you can notify your selected individual to contact 311 to schedule an appointment to pick up the property. If you are housed in a borough facility your selected individual is to contact the borough facility for their hours of operation.

---

## AVISO DE APELACIÓN A RECLUSOS

Si cree que el o los artículos indicados al reverso de este formulario no se han retirado de conformidad con las políticas y los procedimientos del Departamento de Correcciones de la Ciudad de Nueva York, puede presentar una apelación a través del Programa para Resolución de Reclamos para Reclusos mediante el Formulario de reclamos de reclusos. Puede obtener dichos formularios con los Representantes de reclamos y/o con el Funcionario del Módulo de Celdas.

## CÓMO RECLAMAR SUS PERTENENCIAS

Debe reclamar sus pertenencias y/o su dinero dentro de 30 días de su liberación del Departamento de Correccionales de la Ciudad de Nueva York (NYCDOC, por sus siglas en inglés).

1.   **Si estuvo recluido en alguno de los centros de Rikers Island** y no pudo ir a buscar sus pertenencias y/o su dinero en el momento de su liberación, puede regresar a Rikers Island, siempre y cuando lo haga dentro de los 30 días siguientes a su liberación del Departamento de Correccionales de la Ciudad de Nueva York. No necesita una cita para buscar sus pertenencias de valor (a menos que se le haya liberado del Centro Eric M. Taylor (EMTC, por sus siglas en inglés). Para ir a buscar cantidades de dinero y/o pertenencias en Rikers Island, primero debe programar una cita llamando al 311. Las citas se otorgan tres días después de la llamada. Si ya no se encuentra en la Ciudad de Nueva York, llame al 212-639-9675 para programar la cita para ir a buscar sus pertenencias. **Si se presenta una situación de emergencia y no puede esperar hasta la cita programada por teléfono, informe al 311 para cambiar de día.**

**No podrá regresar al centro donde estuvo recluido.** Deberá ir a buscar su dinero y/o sus pertenencias en grandes cantidades en la Caja Central (CCO, por sus siglas en inglés) de Rikers Island y/o sus pertenencias de valor en el Área de Recolección de Pertenencias de Valor en el Edificio de Control Samuel Perry (o SAM), ambos ubicados en Rikers Island. La CCO está ubicada dentro de la Casa de Visitas Central en Rikers Island y atiende las 24 horas del día, los 7 días de la semana. Debe ir a buscar sus pertenencias y/o su dinero dentro de los tres días siguientes a su cita, de lo contrario, tendrá que programar otra. Puede ir a buscar sus pertenencias de valor en el Área de Recogida de Pertenencias de Valor del Edificio de Control Samuel Perry (SAM). El SAM está ubicado en el interior de Samuel Perry, que también atiende las 24 horas del día, los 7 días de la semana. Debe portar una identificación con fotografía para reclamar sus pertenencias y/o su dinero. También puede autorizar a otra persona para que los retire. Para hacerlo, dicha persona debe presentar una autorización por escrito (carta) con su firma autorizada ante un notario en la que se le autorice específicamente a reclamar sus objetos personales, y debe portar una identificación con fotografía.

2.   **Si estuvo recluido en un centro del distrito:** Vernon C. Bain Center (VCBC), Manhattan Detention Complex (MDC) o Brooklyn Detention Complex (BKDC) **debe reclamar sus pertenencias y/o su dinero de ese centro del distrito** dentro de los 30 días posteriores a su liberación del NYCDOC. **Debe llamar al centro del distrito durante su horario de atención (VCBC 718-579-8317, 8311; MDC 212-225-7413 o BKDC 718-797-8316)** y acudir a dicho centro a retirar sus pertenencias y/o su dinero. **No debe acudir a la CCO de Rikers Island para retirar sus pertenencias ni llamar al 311 para programar una cita si estuvo recluido en una prisión del distrito.** Debe llevar una identificación con fotografía para reclamar sus pertenencias y/o su dinero. También puede designar a otra persona para que los retire. Para hacerlo, dicha persona debe presentar una autorización notariada por escrito (carta) con su firma en la que se le autorice específicamente a reclamar sus pertenencias, y debe portar una identificación con fotografía de ambos.

3.   **Si lo transfirieron a otra jurisdicción o agencia** (es decir, Departamento de Servicios Correccionales del Estado de Nueva York (prisión estatal); Departamento de Seguridad Nacional (anteriormente conocido como INS); Oficina Federal de Prisiones); o lo extraditaron a otro estado o país, debe reclamar sus pertenencias y/o su dinero dentro de 30 días posteriores a su liberación del NYCDOC. Si no le es posible retirar sus pertenencias y/o su dinero, puede elegir a otra persona para que los retire. Necesitará una carta legalizada ante notario en la que usted la autorice a retirar sus pertenencias, y una identificación con fotografía de ambos.

4.   **Si es pariente, pareja de hecho o representante de una persona que ha fallecido** mientras se encontraba en custodia del NYCDOC, debe reclamar las pertenencias y/o el dinero del difunto dentro de los 30 días siguientes a su fallecimiento. Debe ponerse en contacto con el Administrador Público del Tribunal testamentario del último distrito donde vivió el difunto para obtener un Auto de autorización del administrador, que lo autorizará para retirar las pertenencias y/o el dinero del recluso que falleció. Después de obtener el Auto de autorización del administrador, debe llamar al 311 para programar una cita para retirar las pertenencias y/o el dinero si el interno estaba recluido en Rikers Island. Si estaba recluido en un centro del distrito, debe ponerse en contacto con dicho centro.

Si el difunto no vivía en la Ciudad de Nueva York, el Auto de autorización del administrador se debe solicitar al Administrador Público del condado de su residencia. Después de obtener el Auto de autorización del administrador, deberá seguir los pasos anteriormente señalados.

5.   **Si permanece bajo custodia del NYCDOC y desea que una persona autorizada retire sus pertenencias mientras usted sigue encarcelado,** puede obtener y llenar un Formulario de liberación de pertenencia que autoriza a una persona de su elección para que retire sus pertenencias. Puede solicitar el formulario a su Funcionario del Módulo de Celdas, al Programa de Resolución de Reclamos para Reclusos o al área de Servicios Sociales. Una vez que haya completado el formulario, debe entregarlo a cualquiera de las áreas anteriores para su envío. El centro le notificará cuando se haya aprobado la liberación de las pertenencias. En ese momento, si está recluido en un centro de Rikers Island, deberá solicitar a la persona que ha elegido que llame al 311 a programar una cita para retirar sus pertenencias. Si está recluido en un centro del distrito, la persona seleccionada deberá ponerse en contacto con el centro del distrito durante su horario de atención.



**NYC**
**Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

## CORRECTIONAL HEALTH SERVICES
## REQUEST FOR A SECOND OPINION

Please fill out this form and drop it in the Second Opinion/Complaint Box in your facility. If you need help with this form, ask a medical or mental health staff member.

### Information About You (please print)

Name _Roy Taylor_    Book & Case Number _349180 4923_

Facility _AMKC_    Housing Area _Qd up #2_

### I am asking for a second opinion about the following diagnosis and/or treatment given to me:

When did you receive the diagnosis and/or treatment? _____

Where did you receive the diagnosis/treatment? _____

Which health care provider gave you the diagnosis/treatment? _____

Tell us about the diagnosis and/or treatment, and tell us why you want a second opinion. Put in as much detail as you can. Please print clearly and sign and date the form.

_DOC HAS FAILED IN AFFORDING me ADequate_
_Prompt med Care SUCH AS: Affording me NAIL_
_Fungus Lamicil WHICH my Blood was taken to recieve This._
_My HAND Surgery At Bellvue was unduly Delayed._
_AND I've Been unduly Delayed IN HAVING to See_
_the Arthropedic For my Left Rotater cup Injury_
_I'm constantly Having Pain & limited movemnt_
_OF my Arm. I Request An MRI ON THis ASAP._
_I WAS TOLD the Arthopedic At west Facility_
_Haven't Been replaced WHICH medical needs to correct THis_
_Sickness is Difficult to get me there within 24 Hours. ASAP._

Signature _Roy Taylor_    Date _5-4-22_

---

FOR OFFICIAL USE ONLY

DATE RECEIVED _____    TRACKING NUMBER_____

CHS# 363 (09/07)



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM



Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: ROY TAYLOR | Book & Case #: 3491804923 | NYSID #: |
|---|---|---|

| Facility: AMKC | Housing Area: QUAD 12UPPER | Date of Incident: 5-10-2022 | Date Submitted: 5-10-22 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** GRIEVANT WHILE AT NIC HANDED SOCIAL SERVICE WITHDRAWAL OF FUNDS FOR COURT COST FILING FEE WITH APPEAL TO THE FIRST DEPT APPELLATE DIV ALSO WHILE AT AMKC WHERE I MOVED TO ALSO DID THE SAME BUT SENT A WITHDRAWAL FORM TO PROCESS $21,00 FILING FEE TO SMALL CLAIMS COURT OF BRONX COUNTY WHICH BOTH PAPERS SUPPOSE TO GO TO THE CASHIER OF NIC & CASHIER OF AMKC TO PROCESS AND SEND OUT WITH THE SELF ADDRESS ENVELOPE WITH MOTION ATTACHED. I'VE SENCE GOT A COPY OF MY TRUST FUND TRANSACTIONS WHICH DOES NOT SHOW ANY OF THIS WERE EVER PROCESSED. SOCINA SERVICE*AND THE CASHIER AT NIC & AMKC NEEDS TO BE NOTIFIED AND THIS PROCESSED SO CASES CAN BE HEARD ASAP AND SEND ME TRUST FUND ACCT INFO THIS WAS DONE.

**Action Requested by Inmate:** REQUEST AN INVESTIGATION BY CONTACTING CASHIER AT NIV & AT AMKC THIS WAS DONE OR WHEN THIS WILL BE DONE &  GET ME THIS TRANSACTION

## Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☒ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☒ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☒ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☒ |

| Inmate's Signature: | Date of Signature: 5-10-22 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ROY TAYLOR

Notice of intention to file claim

Claimant

-against-

The City of New York

To:    Comptroller's Office

City of New York

PLEASE TAKE NOTICE that the claimant hereby makes this claim and demand against the City of New York as follows:

1.    The name and post office address of the claimant is as follows:
ROY TAYLOR B/C3491B04923 QDUPPER 12-19
AMKC 1818 HAZEN99STREET
EAST ELMHURST, NEW YORK 11370

2.    The nature of the claim is as follows:    ( SEE ATTACHED FATRUAL ALLEGATIONS)

3.    The time when the place where such claim arose and the manner of the same are as follows:    (SEE ATTACHED ALLEGATIONS )

## FACTUAL ALLEGATIONS

COMPLAINANT ROY TAYLOR A DETAINEE AT AMKC RIKERS ISLAND ON 12-13-2021 I MADE A "SICK CALL" APPOINT BY PHONE COMPLAINING OF "FLU LIKE SYMPTOMS" AND REQUESTED TO BE SEEN.

DUE TO NYC DOC SHORT OF STAFF WHERE GUARDS HAVE WORKED 24 HOURS SHIFTS, CONVERTING I WAS TOLD TO 12 HOUR SHIFTS THERE STILL HAVE NOT BEEN ANY GUARD ESCORTS TO BRING ME TO AMKC INFIRMARY. HOWEVER WHERE CLAIMANT IS HOUSED IN 12 QUAD UPPER THE DOT ESCORT ARRIVES EVERY DAY TO ESCORT INMATES TO THE INFIRMARY YET EACH TIME I'VE ASKED SAID ESCORT WHITE OR CARTER THEY REFUSE TO ASSIST IN BEING A ESCORT, NOR WILL THEY CALL CLINIC TO SEE IF THEY CAN ASS.

IT ULTIMATELY TOOK 11 DAYS UPON RECIEVING ASSISTANCE FROM DOT MALE OFFICER _____ WHO VOLUNTEER ESCORTING ME CLAIMANT ON 12-24-21, YET WHEN I GOT DOWN THERE I WAS INFORMED "THERE WAS NO SICK CALL" THAT WAY DUE TO BEING ON HOLIDAY SCHEDULE AS TOLD BY C.O. JOHNSON AT TIME. AT THIS TIME MY COMPLAINANT CONDITION HAD GOTTEN WORSER WHICH I COMPLAINED AND WENT TO A DR'S NURSING BOOTH REQUESTING MY TEMPERATURE AND VITAL SIGNS BE TAKEN BUT THIS JOHN DOE PHYSICIAN REFUSE ME SERVICES AND AN ALARM WAS CALLED WHERE STAFF FALSELY ACCUSE ME OF INSISTING TO BE SEE

2

Deputy Warden Hamilton ½ C.O. Rivera And other Guard Surrounded the Nursing Area Which I complained of Flu-Like Symptoms Which Was Ignored By This Dep And medical And I Was Forced To Leave The Area And Sit In A "Why Me Pin" Where I Remain untreated For 4 Hours Coughing up Flim And Having "Flu-Like Symptoms" And Where C.O. Johnson Arrives An Advised I Would not Be Seen And Return me Back To The 12 Quad Upper, my Housing Unit Where I Suffered Deep Swear And Constant Coffs And Flu-Like Symptoms Over the Christmas, Holiday recieving no medical treatment Until C.O. Carter Arrive For Doc 12-28-21 Where I Literally had To "Stick up" The Bridge complaining That I needed To Be escorted To medical Due To my Symptoms. C.O. Carter Refused claiming She Didn't Like my Attitude And Finally C.O. Green From my Housing Unit escorted me To Be Seen By A Doctor Who Learned I Contracted Covid-19 All This time.

3.

## Cause of Action

AMKC STAFF mentioned Herein Ali were Negligence And/or Deliberate INDifference IN Failing To Provide Adequate medical Care As Described And As a direct Results I Contracted Covid-19 And/or omitron Virus While IN Doc Custody. They Ignored Along with medical ½ correctional Staff Together my chief complaints And Denies me medical Treatment nor Acted with A "Since of Urgency" IN DOC's Care, Custody, And Control Which ultimately makes Them Liable. Claimant Hereby Demands $100,000 And It's Further Request To Be Treat As needed medical Care For my Illness ½ the Virus Adequately. The Doc Is Steading Piling Covid Contracted Detanees In 1 Unit Making It A "Hot Bed", Instead of Simply Keep Blocking Inmates IN Their individual cell And

4.

A Better Way of Containing This Virus.

Instead When An Detainee Reaches Their 10th Day Other New Covid Detainee Are Brought In which Places Those 10 Day Detainees At Risk In Contracting Covid Again,

Claimant Roy Taylor Was "Fully Vaccinated" yet Still Contracted The Virus And Although I Had Symptoms And Constantly Complained These people Failed To Do Their Job To see That I Recieve The Treatment And medical care I needed At the time, Claiming The was no Sick Call { " { Emphasis Added }

This Is A prime example of NYCDOC " Inadequate M Care And Shortage of Staff in Operating A Jail Where Now Their Liable / Minimum Standards Are Being denied Here Unless A Reasonable Offer Is Granted As 4.4 Will Follow Within 90 days.

Respectfully Submitted

(SEE ATTACHED FACTUAL ALLEGATIONS)

4. The items of damage and/or injuries are as follows:

MENTAL ANGUISH, PAIN AND SUFFERING
FLUE LIKE Symptoms Temperature Extremely Hot
Sweats & Chills, INABILITY TO smell, COVID-19, Omicron
Virus,

The total sum claimed is $ 100,000

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing in default of the City of
New York to pay the claimant his claim within the time limited for compliance with this
demand by the City of New York by the applicable statutes, claimant intends to
commence an action against the City of New York to recover his damages with interest
and costs.

Date:   East Elmhurst, NY
        JAN 2, 2022

                                                    Roy Taylor
                                                    Claimant(s)

**VERIFICATION**

**State of New York)**
**County of** _N.Y._ **)**

I, _____ROY TAYLOR, CLAIMANT_____, being duly sworn says that I am the
aforementioned claimant. I have read the foregoing notice of intention to file a claim
against the City of New York and know its contents. The same is true to my own
knowledge, except as to the matters therein stated to the alleged on the information
and belief, and to as those matters I believe to be true.

_Roy Taylor_
Claimant (s)

Sworn to before this _____
day of _____ 20____

_____
**Notary Public**

**TABLE OF DEADLINES FOR NOTICE OF CLAIM and STATUTE OF LIMITATIONS**

| AGENCY | FILING OF NOTICES OF CLAIM | STATUTE OF LIMITATIONS TO START A LAWSUIT |
|---|---|---|
| City of New York | 90 days | 1 year and 90 days from accident |
| NYC Transit Authority | 90 days | 1 year and 90 days from accident |
| Counties outside of NYC | 90 days | 1 year and 90 days from accident |
| MTA | 90 days | 1 year and 90 days from accident |
| NYC Health and Hospitals | 90 days | 1 year and 120 days from accident |
| NYC Housing Authority | 90 days | 1 year and 120 days from accident |
| NYC School Construction Authority | 90 days | 1 year and 30 days from accident |
| Port Authority of NY and NJ | At least 60 days before action is commenced | 1 year from accident |
| TBTA (Triborough Bridge & Tunnel Authority) | 90 days | 1 year and 30 days from accident |

N. Taylor

FORM 21312E (REVERSE) (9/12)

## Response of IGRC:

Per the investigation, grievant states that he is being denied medical treatment for a right heel injury. Grievant has been following the sick call procedure and has yet to receive a response from medical. According to NA L. Bannister, an NP5 appt had been entered and due to shortage of medical providers appts are scheduled according to urgency. Grievant's appt is schedule in the near future. IGRC recommends that grievant utilize sick call procedure to be seen as soon as possible. Grievance is granted to that extent.

Date Returned to Inmate: _____    IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____          _____
                Grievant                              Date

_____          _____
Grievance Clerk's Receipt                    Date

_____

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
                                                                    Date

Grievance forwarded to the Superintendent for action: _____
                                                                                        Date

* An exception to the time limit may be requested under Directive #4040, section  701.6(g).



**NEW YORK STATE** | **Corrections and Community Supervision**

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

July 7, 2022

Roy Taylor, 22B2111
Auburn Correctional Facility
135 State Street
P.O. Box 618
Auburn, NY 13021

Dear Mr. Taylor:

Governor Hochul and Acting Commissioner Annucci have asked me to respond to your recent letter.

The Division of Health Services has investigated your concerns with the Health Services staff at Auburn Correctional Facility. I have been advised that you have an appointment with your provider being scheduled in the near future. I would encourage you to discuss your medical concerns with your provider at this upcoming appointment. Please be reminded that your primary care provider is the determinant of your medical care and treatment plan.

It is suggested that you continue to bring any medical concerns to the attention of the health care staff using the existing sick call procedure.

Sincerely,

Carol Moores

Carol A. Moores, MD, MPH, MSHA
Acting Deputy Commissioner/Chief Medical Officer
Division of Health Services

CM/vb

cc: FHSD, DSH Auburn Correctional Facility

| NEW YORK STATE **Corrections and Community Supervision**<br><br>INCARCERATED GRIEVANCE PROGRAM<br><br>**SUPERINTENDENT RESPONSE** | GRIEVANCE NO.<br>**AUB - 0685-22** | DATE FILE<br>**7/29/2022** |
|---|---|---|
| | FACILITY<br>**AUBURN** | POLICY DESIGNATION<br>I |
| | TITLE OF GRIEVANCE<br>**NEED TO SEE A PROVIDER** | CASE CODE<br>**22.0** |
| | SUPERINTENDENT'S SIGNATURE | DATE<br>**9/28/2022** |

| GRIEVANT<br>**Taylor        R.** | DIN<br>**22-B-2111** | HOUSING UNIT<br>**D-03-05** |
|---|---|---|

**The Superintendent upholds the findings of the IGRC.  Grievant is scheduled to see a provider in the near future.  Grievant is advised to utilize established sick call procedures to address his medial needs.  Appeal is granted to that extent.**

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed.  You have seven (7) calendar days from receipt of this notice to file your appeal.*  Please provide a reason why you are appealing this decision to CORC..

_____

_____

_____

_____              _____

GRIEVANT'S SIGNATURE                                      DATE

_____              _____

GRIEVANCE CLERK'S SIGNATURE                          DATE

*An exception to the time limit may be requested under Directive #4040, Section 701.6 (g).
FORM 2133 (12/21)

EXHIBIT "A"

# Information on new bail reform

1.  Requires that judges issue additional, easier-to-pay forms of bail in cases where bail can still be set.

Currently, judges often only set two forms of bail: cash bail — which requires a family to pay the full amount of money up front, and insurance bond — which requires families to work with for-profit bail bonds companies.

The new law requires that when courts issue bail, they always issue bail in three forms. It further requires that one of these three forms must be either an unsecured bond (which only requires the accused or their family to sign an agreement promising to pay the court if the accused fails to appear) or partially secured bond (which requires a cash deposit that cannot exceed 10% of the total bond and which is returned in total when the case resolves). These two forms of bail are paid directly to the court, rather than to a private insurance company, further limiting for-profit entities in the pretrial system.

Explicit Consideration of Ability to Pay: The new law also requires judges to consider each defendant's (1) "individual financial circumstances," (2) "ability to post bail without posing undue hardship," and (3) "ability to obtain a secured, unsecured, or partially secured bond." The clear legislative intent is that bail should be set in forms and amounts that are affordable.

2.  Requires early, automatic and open-file discovery from prosecutors. Prosecutors must turn over discovery within fifteen days of arraignment.

This 15 day discovery requirement can be extended by up to 30 additional days if materials are exceptionally extensive or if they are not in the DA's actual possession despite diligent, good faith efforts. In practice, this new discovery law means that people accused of crimes will be able to make better informed decisions about their cases with knowledge of the evidence, or lack thereof, that could be used against them.

3.  Requires that prosecutors give the accused full discovery before withdrawing any plea offers.

Similar to the reform above, this requirement ensures people accused of crimes have a fuller picture of the case against them in the window when it matters most.

4.  Requires the court to wait 48 hours and to provide notice to the defendant or defendant's counsel before issuing a bench warrant for failure to appear.

Because bench warrants come with severe and lasting consequences, the new law extends a grace period and the opportunity to remedy missed court appearances before a warrant is issued.

5.  Reduces the number of arrestable offenses by mandating that police issue a Desk Appearance Ticket.

FORM 2131E (9/12)       STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

| | Grievance No. |
|---|---|
| | AuB-0803-22 |

_____ Au Burn _____ CORRECTIONAL FACILITY

Date: 8-9-202

Name: Roy Taylor         Dept. No. 22B2111  Housing Unit: D-3-5

(#40) Law Library Access         Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\***

Description of Problem: (Please make as brief as possible) Grievant complains He's cooped up in cell And Although I've dropped Law LB request slip regularly There's days missed where I can complete And perfect my criminal Appeal Timely which There's A time period To File, AuBurn Has Created A policy Denying This. I Should Have Law LB Access Daily when Requested, especially with No programs. This Denies Access To Courts.

Grievant
Signature: _____ Roy Taylor _____

RECEIVED BY:
AUBURN I.G.R.C

Grievance Clerk: _____ CB _____         Date: ON 9/2/22

Advisor Requested  ☑ YES  ☐ NO   Who: Dep Supt of programs Lowe

Action requested by inmate: Recieve unlimited Access to Law LB Instead of sitting cooped up in a cell mornings.

_____

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____         Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

Roy Taylor    DIN# 22B2411   B-4-6
P.O. Box 618
Auburn, N.Y. 13024

US POSTAGE PITNEY BOWES
$ 000.72°
ZIP 13021
02 1H
0001367039 NOV 10 2022

AUBURN CORRECTIONAL FACILITY

RECEIVED
SDNY PRO SE OFFICE

ATTN: Pro Se Clerk
USDC Southern District
Of New York
500 Pearl Street
New York, N.Y. 10007