UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ROY TAYLOR,

              *Plaintiff*,

    -against-                                      22-cv-09747 (ALC)
                                                    **ORDER**

COMMISSIONER MOLINA, ET AL.,

              *Defendants*.
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Plaintiff's motion for summary judgment on his property claim, and supporting documents, filed on October 3, 2023. ECF Nos. 33-35. The deadline for Commissioner Molina, Doctor Goldberg, and Officers Carter and Whyte to respond to the complaint, and for Defendants to respond to Local Civil Rule 33.2 Discovery Requests, is **November 2, 2023**. Defendants anticipate the discovery request responses will assist in identifying the remaining individuals Plaintiff brings suit against. **As such, the Court will hold Plaintiff's motion for summary judgment in abeyance, pending the filing of Defendants' responses to the Complaint and identification of additional individuals.**

**SO ORDERED.**

**Dated:    October 3, 2023**
               **New York, New York**           **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**