UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ROY TAYLOR,                                                        :

                        *Plaintiff*,                         :

                                                     :

      -against-                        :      22-cv-09747 (ALC)

                                                         :      **ORDER**

COMMISSIONER MOLINA, ET AL.,                                       :

                        *Defendants*.                   :

                                                    :

                                                            :

                                                            :

------------------------------------------------------------------ :

                                                            :

                                                            x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiff's motion to amend his Complaint, filed on October 11,

2023. ECF No. 37. Plaintiff requests to add a claim for damage to Plaintiff's scalp allegedly

caused by the use of Corcraft soap bars at AMKC. Defendants are directed to file a response, if

any, by **October 26, 2023**.

**SO ORDERED.**

**Dated:**      **October 12, 2023**
              **New York, New York**         _____

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**