```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ROY TAYLOR,                                                    :
                                                               :
                               Plaintiff,                      :
                                                               :      1:22-cv-09747 (ALC)
                -against-                                      :
                                                               :      ORDER OF SERVICE
COMMISSIONER MOLINA, et al.,                                   :
                                                               :
                               Defendants.                     :
                                                               :
                                                               :
                                                               :
                                                               :
-------------------------------------------------------------- :
                                                               :
                                                               x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the City of New York's letters, ECF Nos. 17, 42, stating Doctor Khin Kyu was a medical staff member who treated Plaintiff on December 15, 2021. The Clerk of Court is directed to issue summonses as to Defendants Dr. Kyu, Officer Shawn Fowling, and Captain Harrison Ferber. The Court requests that Officer Fowling and Captain Ferber waive service of summons. Dr. Kyu may be served at Khin Kyu, MD, c/o Gwendolyn Renee Tarver, 49-04 19th Avenue, Astoria, NY 11105.

Plaintiff is directed to serve the summons and complaint on each Dr. Kyu within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Defendants are **GRANTED** leave to serve Plaintiff with identification interrogatories.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

**Dated:     November 16, 2023**
          **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**