```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ROY TAYLOR,                                        :
                           Plaintiff,              :
                                                   :
         -against-                                 :     22-cv-09747 (ALC)
                                                   :     ORDER
COMMISSIONER MOLINA, ET AL.,                       :
                           Defendants.             :
                                                   :
------------------------------------------------------------------ :
                                                   x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's letters regarding discovery, ECF Nos. 44, 46, 48. The Court has also received Defendants' letters in response, ECF Nos. 47, 49. Under my individual rule 2(a) and pursuant to Fed. R. Civ. P. 37(a)(1), the "meet and confer" rule is required for discovery motions. The parties have not yet met and conferred regarding Plaintiff's discovery disputes. Defendants plan to meet with Plaintiff this week. As such, Plaintiff's discovery motions, ECF Nos. 44, 46, 48, are **DENIED** as moot. The Clerk of the Court is respectfully directed to close the open motions at ECF Nos. 44, 46-48.

**SO ORDERED.**

**Dated:   December 13, 2023**
         **New York, New York**

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**

1