UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
ROY TAYLOR,          :
                *Plaintiff*,  :
                   :
   -against-     :     22-cv-09747 (ALC)
                   :     **ORDER**
COMMISSIONER MOLINA, ET AL.,    :
                *Defendants*.  :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Plaintiff's letter regarding a motion for default judgment on his discovery motion, ECF No. 44. In light of the Court's December 13, 2023 order denying Plaintiff's discovery motions, ECF Nos. 44, 46, 48, as moot, ECF No. 50, Plaintiff's motion for default is also moot. The Clerk of the Court is respectfully directed to close the open motions at ECF No. 52.

**SO ORDERED.**

**Dated:**    **December 19, 2023**
                New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**