UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
ROY TAYLOR, :
                    *Plaintiff*, :
:
    -against- :    22-cv-09747 (ALC)
:    **ORDER**
COMMISSIONER MOLINA, ET AL., :
                  *Defendants*. :
:
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    The parties are ORDERED to file a joint status report on February 22, 2024.

**SO ORDERED.**

**Dated:    February 15, 2024**
           **New York, New York**
                                                 **ANDREW L. CARTER, JR.**
                                               **United States District Judge**