```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROY TAYLOR,                                                  :
                              Plaintiff,                     :
                                                             :
        -against-                                            :       22-cv-09747 (ALC)
                                                             :       ORDER
COMMISSIONER MOLINA, ET AL.,                                 :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ :
                                                             x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's letter regarding discovery dated December 19, 2023 and filed on February 23, 2024, ECF No. 56. The Court is also in receipt of Defendants' response dated March 1, 2024. ECF No. 58. Plaintiff's discovery request, ECF No. 56, is **DENIED** as moot. On February 23, 2024, this Court endorsed Defendants' status report. ECF No. 57. Pursuant to ECF No. 57, by March 6, 2024, Defendants will file a pre-motion conference letter; the deadline for Defendants Fowling and Ferber to answer or otherwise respond to the Complaint is stayed pending the Defendants' prospective motion; and the deadline for the parties to respond to each others' interrogatories is May 20, 2024.

**SO ORDERED.**

Dated:   **March 1, 2024**
         **New York, New York**
                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**