UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ROY TAYLOR,           :
                *Plaintiff*,   :
                :
  -against-   :   22-cv-09747 (ALC)
                :   **ORDER**
COMMISSIONER MOLINA, ET AL.,   :
          *Defendants*.   :
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Plaintiff's updated address. The Clerk of the Court is respectfully directed to serve this Order and ECF Nos. 57-63 on Plaintiff.

**SO ORDERED.**

**Dated:**    **March 14, 2024**
            **New York, New York**           **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**